**UNITED STATES of America,** **Plaintiff–Respondent,**

v.

**Mike Aziz MERZOUG, Defendant–** **Petitioner.**

No. 14–7278.

United States Court of Appeals, Fourth Circuit.

Submitted: June 12, 2015.

Decided: July 2, 2015.

Jonathan A. Bartell, Cleveland, OH, for Petitioner. William N. Nettles, United States Attorney, Columbia, SC, David C. Stephens, Assistant United States Attorney, Office of the United States Attorney, Greenville, SC, for Respondent.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Aziz Merzoug appeals the district court's oral order denying his petition for a writ of error *coram nobis.* We have re-

viewed the record and find no reversible error. *See Bereano v. United States,* 706 F.3d 568, 575 (4th Cir.2013) (stating standard of review for denial of petition for writ of *coram nobis* ). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*